UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00148-RJC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DAVID NEWMAN, PENNY NEWMAN, BANK OF AMERICA, N.A., JOHN STEINBACH, MARY ROUSER, and WELLS FARGO BANK, N.A., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on David G. Redding's motion to admit Robb A. Longman *pro hac vice*. (Doc. No. 11.) For the reasons set forth in the motion, the motion is **GRANTED**.

Signed: June 16, 2020

Robert J. Conrad, Jr.
United States District Judge