UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00148-RJC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| **DAVID NEWMAN, et al.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on United States' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2). (Doc. No. 21). Default was entered against Defendants John Steinbach, Mary Rouser, and Wells Fargo Bank, N.A., for their failure to appear or otherwise defend on June 9, 2020. (Doc. No. 12–14). United States moved for default judgment six months later on November 3, 2020. (Doc. No. 21). To date, these Defendants have yet to appear and cure their default or otherwise defend. Having reviewed the claims asserted in the Complaint, (Doc. No. 1), and the evidence submitted in connection with United States' Motion for Default Judgment, (Doc. No. 21), the Court finds that the Motion should be, and hereby is, **GRANTED**.

**IT IS, THEREFORE, ORDERED** that:

1. The United States' Motion for Default Judgment is **GRANTED**;

2. **JUDGMENT** is entered as to Counts III and V in favor of the United States and against Defendants John Steinbach, Mary Rouser, and Wells Fargo, N.A.; and

3. Defendants John Steinbach, Mary Rouser, and Wells Fargo, N.A., have no interest in the subject real property, and if the property is sold, Defendants John Steinbach, Mary Rouser, and Wells Fargo, N.A, shall take nothing from the sale of that real

property.

Signed: September 20, 2021

*[signature]*

Robert J. Conrad, Jr.
United States District Judge